THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES CLYDE RIPPLE III, | CASE NO. C17-5736-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 15). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $6,325.10, and expenses in the amount of $6.18, for a total of $6,331.28, subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010). Pursuant to 28 U.S.C. § 1920, Plaintiff is awarded costs in the amount of $417.00.

The check or checks shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue, P.O. Box 757, Longview, Washington 98632. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset

Program, the check for EAJA fees shall be made payable to Teal M. Parham, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. (Dkt. No. 15 at 2.)

DATED this 11th day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE